ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICAH J. PENN
Special Assistant U.S. Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, Hawaii 96850
Telephone: (808) 257-7084
Facsimile: (808) 257-1829
Email: micah.penn@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2015

at 10 o'clock and __ min. __M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: CR 15-00135 KSC |
| Plaintiff, | INFORMATION |
| vs. | 18 U.S.C. § 1382 |
| ROBERT C. DAMBROSIO, | Cit No.: 2939667/H30 |
| Defendant. | A&P Date: February 25, 2015 |

INFORMATION

The United States Attorney charges:

That on or about December 1, 2014 at Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ROBERT C. DAMBROSIO, defendant, herein, did go upon and was found within a military installation, that is, Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, for a purpose prohibited by law or lawful regulation.

All in violation of Title 18 United States Code Section 1382.

DATED: February 18, 2015 at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ Micah J. Penn
MICAH J. PENN
Special Assistant U.S. Attorney

UNITED STATES v. ROBERT C. DAMBROSIO
CR. No.:
Cit. No.: 2939667/H30
"INFORMATION"