SAUSA: MICAH PENN　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CRM: Mary Feria
AFPD: SALINA ALTHOLF　　　　　　　　　　　　　　　　　　　　　　　　Courtroom and Time: C5, 9:16 - 9:34

**ORIGINAL**　　　　　**MARINES**

Page 1 of 9　　　　　　　Petty Offense Docket Sheet and Judgment Order　　　　　Date Feb 10, 2015
SAUSA: *Micah Penn*　　For 02/25/2015 at 08:30 AM Hearing Site: HONE District: DISTRICT OF HAWAII　　CRM: *Mary Feria*
AFPD: *Salina Altholf*　　　　　Magistrate Judge: HON KEVIN S CHANG 75BF　　　　　Courtroom and Time: *5  9:16am – 9:34a*

| # | Citation / Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| 1. | H30 1246790 FTA | M BONDID, ANTHONY J<br>SSN: ###-##-3650<br>Drivers License: #####3154 LA | PARKING IN A HANDICAP SPACE WI<br>Issued: 12/26/2014 by SORENSEN<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -  NC<br>New:<br>Narrative:<br>**DISMISSED** | $25 | | | |
| 2. | H30 2939801 FTA<br>**CR 15-00134 KSC** | M COMPTON, PAIGE D<br>SSN: ###-##-1438<br>Drivers License: #####2847 VA<br>WAG lodged on 2/20/2015 | SPEEDING 90 MPH OVER POSTED SP<br>Issued: 12/27/2014 by 2806<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -  FE<br>New:<br>Narrative:<br>*WAG* | $25 | | | |
| 3. | H30 2939667 FTA<br>**CR 15-00135 KSC** | M DAMBROSIO, ROBERT C<br>SSN: ###-##-0550<br>Drivers License: #####9437 HI | TRESPASSING ON A FEDERAL RESER<br>Issued: 12/01/2014 by SPROUT<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -  NW<br>New:<br>Narrative:<br>**BW $100 UNSECURED** | $25 | | | |
| 4. | H30 3628046 FTA<br>9:17am - 9:18<br>**CR 15-00136 KSC** | M DEBORDE, TRAVIS L  *present*<br>SSN: ###-##-2989<br>Drivers License: #####4711 VA<br>*Rustam Barber, Esq.* | DRIVING ON A SUSPENDED DRIVERS<br>Issued: 12/10/2014 by BOUCHENVILLE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -  NK<br>New:<br>Narrative:<br>✓Deft present: Atrn___ Atrn Wva ✓<br>✓ Plea NG___ NJT 3/25/15<br>Plea Guilty/Adj Guilty___ | $25 | | | |

APPROVED: /s/
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:
/s/ KEVIN S.C. CHANG , MAGISTRATE JUDGE