FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICAH J. PENN
Special Assistant U.S. Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850
Telephone: (808) 257-7084
Facsimile: (808) 257-1829
Email: micah.penn@usmc.mil

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO: 15-00135 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR BENCH WARRANT |
| | ) | RECALL |
| vs. | ) | |
| | ) | |
| ROBERT C. DAMBROSIO, | ) | |
| | ) | |
| Defendant. | ) | CIT. NO. 2939667/H30 |
| _____ | ) | |

ORDER FOR BENCH WARRANT RECALL

By leave of this Court endorsed hereon, the United States Attorney hereby recalls the bench warrant against ROBERT C. DAMBROSIO, defendant herein, issued on or about February 25, 2015, on grounds that said defendant's court summons was mis-delivered.

DATED: April 3, 2015, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By_/S/_MICAH J. PENN_____
MICAH J. PENN
Special Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing recall of bench warrant.

APPROVED AND SO ORDERED: April 6, 2015, Honolulu, Hawaii.

_____
Richard L. Puglisi
United States Magistrate Judge

UNITED STATES vs. ROBERT C. DAMBROSIO
Cr. No. 15-00135 KSC
Cit. No. 2939667/H30
"Order for Bench Warrant Recall"